ISAAC B. MILLER, Respondent, *v.* NATHANIEL DOWNING, Appellant.

(Argued January 16, 1873; decided March term, 1873.)

Decided on the facts in the case.
REYNOLDS, C., reads for reversal.
All concur; LOTT, Ch. C., not sitting.
Judgment reversed and new trial granted.